OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

2/4/2015

AUBREY, DEMETRIUS PAUL   Tr. Ct. No. 549622-A   WR-82,684-01

This is to advise that the Court has denied without written order the application for writ of habeas corpus.

Abel Acosta, Clerk

DEMETRIUS PAUL AUBREY
STEVENSON UNIT - TDC # 547922

N.M.R

RETURN TO SENDER:

____ UNAPPROVED OFFENDER CORRESPONDENCE

____ INVALID TDCJ-ID #

✓ RELEASED